[No. 23213-1-III.  Division Three.  October 25, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL CORONADO, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 04-1-00120-7, Donald W. Schacht, J., entered July 16, 2004. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kato, C.J.; Thompson, J. Pro Tem, dissenting.

[No. 21821-0-III.  Division Three.  October 27, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES L. GAUT, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 00-1-00449-5, Gregory D. Sypolt, J., entered May 23, 2000. *Affirmed* by unpublished opinion per Sweeney, A.C.J., concurred in by Brown, J., and Baker, J. Pro Tem.

[No. 23062-7-III.  Division Three.  October 27, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. LILTON LAMAR GREEN, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 04-1-50070-1, Robert G. Swisher, J., entered May 21, 2004. *Affirmed* by unpublished opinion per Thompson, J. Pro Tem., concurred in by Kato, C.J., and Brown, J.

[No. 54038-6-I.  Division One.  October 31, 2005.]

ARLENE A. WRIGHT, *Appellant*, v. JERRY FULKS & COMPANY, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-14526-4, Jeffrey M. Ramsdell, J., entered March 30, 2004. *Reversed* by unpublished opinion per Schindler, J., concurred in by Appelwick, A.C.J., and Becker, J.